UNITED STATES DISTRICT COURT  **SUPPRESSED**
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) **4:20CR003 SNLJ/JMB** |
| ANTHONY ANGELO CARLOSS, | ) ) |
| Defendant. | ) ) |

**FILED**
JAN - 2 2020
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

**INDICTMENT**

**COUNT ONE**

The Grand Jury charges that:

On or about October 11, 2019, in the City of St. Louis, within the Eastern District of Missouri,

**ANTHONY ANGELO CARLOSS,**

the Defendant herein, did knowingly and intentionally possess with intent to distribute methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

**COUNT TWO**

The Grand Jury further charges that:

On or about October 11, 2019, in the City of St. Louis, within the Eastern District of Missouri,

**ANTHONY ANGELO CARLOSS,**

the Defendant herein, did knowingly and intentionally possess with intent to distribute N-phenyl-N[1-(2)-(phenylethyl)-4-piperodinyl]propanamide, commonly known as fentanyl, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

**COUNT THREE**

The Grand Jury further charges that:

On or about October 11, 2019, in the City of St. Louis, within the Eastern District of Missouri,

**ANTHONY ANGELO CARLOSS,**

the Defendant herein, did knowingly and intentionally possess with intent to distribute cocaine base, commonly known as crack, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT FOUR

The Grand Jury further charges that:

On or about October 11, 2019, in the City of St. Louis, within the Eastern District of Missouri,

**ANTHONY ANGELO CARLOSS,**

the Defendant herein, knowingly possessed a firearm, knowing he had previously been convicted in a court of law of one or more crimes punishable by a term of imprisonment exceeding one year, and the firearm previously traveled in interstate or foreign commerce during or prior to being in defendant's possession.

In violation of Title 18, United States Code, Section 922(g)(1).

## COUNT FIVE

The Grand Jury further charges that:

On or about October 11, 2019, in the City of St. Louis, within the Eastern District of Missouri,

**ANTHONY ANGELO CARLOSS,**

the Defendant herein, did knowingly possess a firearm in furtherance of one or more drug trafficking crimes which may be prosecuted in a court of the United States, that is, possession with intent to distribute methamphetamine, a Schedule II controlled substance, as charged in Count One of this indictment, possession with intent to distribute fentanyl, a Schedule II controlled substance, as charged in Count Two of this indictment, and possession with intent to distribute cocaine base, commonly known as crack, a Schedule II controlled substance, as charged in Count Three of this indictment.

In violation of Title 18, United States Code, Section 924(c)(1).

A TRUE BILL

_____
FOREPERSON

JEFFREY B. JENSEN
United States Attorney

_____
KATHARINE A. DOLIN, #64817MO
Special Assistant United States Attorney